UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

vs.                                                              2:07-cr-71-FtM-29DNF

MATTEO DE GENNARO
_____

**OPINION AND ORDER**

     This matter comes before the Court on defendant's Motion for Bond (Doc. #70) filed on December 10, 2007. The government filed a Response (Doc. #71) in opposition on December 20, 2007.

After a jury trial, defendant Matteo DeGennaro was convicted of possession of child pornography and distribution of child pornography. After the verdicts the Court revoked defendant's pretrial release, and gave counsel leave to file a written motion for bond pending sentencing.

Both possession of child pornography and distribution of child pornography are crimes of violence. 18 U.S.C. § 3156(a)(4)(C). Where a defendant has been convicted of a crime of violence, he shall be detained unless the court finds there is a substantial likelihood that a motion for acquittal or new trial will be granted, or the attorney for the government has recommended that no sentence of imprisonment be imposed and the court finds by clear and convincing evidence that defendant is not likely to flee or pose a danger to the safety of any other person or the community if

released.  18 U.S.C. § 3143(a)(2).  None of these circumstances have been established in this case.

Accordingly, it is now

**ORDERED**:

Defendant's Motion for Bond (Doc. #70) is **DENIED**.

**DONE AND ORDERED** at Fort Myers, Florida, this __28th__ day of December, 2007.

_____
JOHN E. STEELE
United States District Judge

Copies:
AUSA
Counsel of Record